DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GAYLENN JOEVAN HOLLIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2228

[April 1, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 2006-1066CFA.

Gaylenn Joevan Hollis, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***